UNITED STATES of America,
Plaintiff-Appellee,

v.

Rondell Scott HEDRICK, Defendants-
Appellants.

No. 15-14083
Non-Argument Calendar

United States Court of Appeals,
Eleventh Circuit.

Date Filed: 11/21/2016

William A. Glaser, U.S. Department of
Justice, Washington, DC, for Plaintiff-Ap-
pellee.

Stephen John Langs, Federal Public De-
fender's Office, Orlando, FL, for Defen-
dant-Appellant.

Before TJOFLAT, JORDAN and JILL
PRYOR, Circuit Judges.

PER CURIAM:

Stephen J. Langs, appointed counsel for
Rondell Scott Hedrick in this direct crimi-
nal appeal, has moved to withdraw from
further representation of the appellant and
filed a brief pursuant to *Anders v. Califor-
nia*, 386 U.S. 738, 87 S.Ct. 1396, 18
L.Ed.2d 493 (1967). Our independent re-
view of the entire record reveals that coun-
sel's assessment of the relative merit of
Hedrick's appeal is correct. Because inde-

by designation.

pendent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Hedrick's convictions and sentences are **AFFIRMED**.